# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK M. JOSEPH,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE, *et al*.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 14-1896 RJL<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF SETTLEMENT AND DISMISSAL

The parties, by and through their respective counsel, hereby stipulate and agree as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate and agree that this action shall be, and is hereby, dismissed with prejudice.

2. In return for Plaintiff's dismissal with prejudice of all claims that were the subject of its March 12, 2013 Freedom of Information Act ("FOIA") requests, Defendant, U.S. Department of State, shall pay Plaintiff, a lump sum of Four Thousand Seven Hundred Eighty-Six Dollars and Fifty-Four Cents ($4,786.54) in fees and costs in this matter.

3. Plaintiff and Plaintiff's counsel agree to cooperate with Defendants' counsel in promptly providing additional reasonable information needed for requesting payment and transmission of funds.  This payment is in full and final satisfaction of all Plaintiff's rights and claims in this case, including but not limited to those for attorney's fees, costs, and other

litigation expenses in this case, and for interest or other compensation for delay in this case, and Defendants shall have no further liability for any amounts.

4.  Plaintiff agrees to forever discharge, release, and withdraw any claims of access to records or portions of records sought in this action against Defendants. Defendants agree not to seek any fees from Plaintiff in connection with its response to its March 12, 2013 FOIA requests.

5.  This Joint Stipulation of Settlement shall represent full and complete satisfaction of all claims arising from the allegations set forth in the Complaint filed in this action, including full and complete satisfaction of all claims for costs, attorney's fees, search, review, or processing fees that have been, or could be, made in this case. In particular, this Joint Stipulation of Settlement shall resolve all claims for attorneys' fees and costs, as well as search, review and processing fees incurred by both Plaintiff and Defendants in connection with the administrative Freedom of Information Act process, the District Court litigation process, and any other proceedings involving the claims raised or that could have been raised in this action.

6.  This Joint Stipulation of Settlement shall not constitute an admission of liability or fault on the part of the Defendants or the United States or their agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation. This Joint Stipulation of Settlement is understood not to preclude or prevent the Plaintiff from seeking, through the applicable Freedom of Information Act or other means, records not sought from the Defendants in its March 12, 2013 FOIA requests.

7.  This Joint Stipulation of Settlement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

8.    The parties agree that this Joint Stipulation of Settlement will not be used as evidence or otherwise in any pending or future civil or administrative action against Defendants or the United States, or any agency or instrumentality of the United States, other than any action to enforce the terms of this agreement.

9.    Execution of this Joint Stipulation of Settlement by counsel for Plaintiff and by counsel for Defendants and filing on the Court's ECF docket shall constitute a dismissal of this action with prejudice, effective upon filing, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated:  October 31, 2016

Respectfully Submitted,

_____/s/_____
DANIEL J. STOTTER
WI0015
Stotter & Associates, LLC
408 SW Monroe Ste. M210E
Corvallis, OR  97333
(541)738-2601
 dstotter@qwestoffice.net


Date: _____

*Attorney for Plaintiff*

CHANNING D. PHILLIPS, D.C. Bar# 415793
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

_____/s/_____
ALEXANDER D. SHOAIBI
D.C. Bar #423587
Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 252-2511
Alexander.d.shoaibi@usdoj.gov

Date:_____

*Attorneys for Defendants*